# EXHIBIT "A"



D-AC   Document 1-1   File

+1 (310) 299-9555

Text Message
Wed, Dec 25, 2:54 PM

Merry Holiday to you! For all your support, love and memes this past year, we're have a sale to show our thanks! 25% SITEWIDE at https://m.community.com/cOCjfcWJKVgeM1







D-AC    Document 1-1    File



https://m.community.com/m0q0YJG71q1vzmCkc

Hey friends! Get our new merch for 10% off using the code GROOVY