# EXHIBIT "B"

From: Pastorek, Ryan <rpastorek@hjth.com>
Date: Thu, Sep 9, 2021 at 3:17 PM
Subject: RE: [EXTERNAL] RE: Kristen Hall v.
To: Craig Thor Kimmel <kimmel@creditlaw.com>
Cc: Chloe Constantinou (Assistant) <cconstantinou@hjth.com>, Jacob U. Ginsburg <jginsburg@creditlaw.com>

Craig,

The number you provided belongs to an ▇▇▇▇▇▇▇ who opted into automated messages on 11/3/19.



Thanks,

Ryan