# EXHIBIT "C"

| | last_name | first_name | gender | city | state_code | zip_code | location | country | country_code | dob | age | device_type | email | inserted_at | phone_number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17460 | | | | | | | | | | | | | | | |
| 17461 | | | male | Texas City | TX | | Texas City, TX | United States | US | 2006 | 15 | Android 8.1.0 | @gmail.com | 2019-11-03 21:38:35 | 1575 669 |