# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEN HALL, *on behalf of herself* and all others similarly situated,<br><br>      Plaintiff,<br><br>vs.<br><br>SMOSH DOT COM, INC. d/b/a SMOSH, and MYTHICAL ENTERTAINMENT, LLC,<br><br>      Defendants. | Case No.: 2:21-cv-01997-JAM-AC<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS**<br><br>Date: April 5, 2022<br>Time: 1:30 p.m.<br>Courtroom: 6 |

-1-

ORDER

IT IS HEREBY ORDERED that Defendants' Motion to Remove Incorrectly Filed Documents is GRANTED. Docket Nos. 16-3 and 16-4 of Case No.: 2:21-cv-01997-JAM-AC are ordered permanently deleted from the docket.

IT IS SO ORDERED.

DATED: February 4, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

-1-

ORDER