

# United States District Court
# Eastern District of California

| Kristen Hall |
|---|
Plaintiff(s)

Case Number: 2:21-cv-01997-JAM-AC

V.

| Smosh Dot Com, Inc. et al. |
|---|
Defendant(s)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Christopher E. Roberts hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Kristen Hall

On 08/03/2010 (date), I was admitted to practice and presently in good standing in the State of Kansas (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [✓] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 02/24/2022     Signature of Applicant: /s/ Christopher E. Roberts

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Christopher E. Roberts |
| Law Firm Name: | Butsch Roberts & Associates LLC |
| Address: | 231 S. Bemiston Avenue |
| | Suite 260 |
| City: | Clayton     State: MO     Zip: 63105 |
| Phone Number w/Area Code: | (314) 863-5700 |
| City and State of Residence: | Clayton, Missouri |
| Primary E-mail Address: | croberts@butschroberts.com |
| Secondary E-mail Address: | roberts@butschroberts.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Joseph D. Steward, III |
| Law Firm Name: | Kimmel & Silverman, P.C. |
| Address: | 1055 West 7th Street, 33rd Floor |
| City: | Los Angeles     State: CA     Zip: 90017 |
| Phone Number w/Area Code: | (213) 340-7770     Bar # 337385 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: March 3, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE