# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEN HALL, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SMOSH DOT COM, INC. d/b/a SMOSH and MYTHICAL ENTERTAINMENT, LLC<br><br>Defendants. | Case No.: 2:21-cv-01997-JAM-AC<br><br>**ORDER DISMISSING COUNT I OF AMENDED COMPLAINT**<br><br>U.S District Judge John A. Mendez |

AND NOW, upon review of the stipulation filed by Plaintiff, Kristen Hall and Defendants Smosh Dot Com, Inc. d/b/a Smosh and Mythical Entertainment, LLC, to dismiss Count I of Plaintiff's Amended Complaint, it is hereby ORDERED that Count I of the Amended Complaint is DISMISSED.

**IT IS SO ORDERED.**

DATED: April 11, 2022    /s/ John A. Mendez
　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE