**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRISTEN HALL, individually, and on behalf of all others similarly situated, ) <br><br>Plaintiff, )<br><br>v. )<br><br>SMOSH DOT COM, INC. d/b/a SMOSH and MYTHICAL ENTERTAINMENT, LLC )<br><br>Defendants. ) | Case No.: 2:21-cv-01997-JAM-AC<br><br>**ORDER EXTENDING DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANTS' RENEWED MOTION TO DISMISS**<br><br>U.S District Judge John A. Mendez |

AND NOW, upon review of the stipulation filed by Plaintiff, Kristen Hall and Defendants Smosh Dot Com, Inc. d/b/a Smosh and Mythical Entertainment, LLC, to extend the deadline for Plaintiff to respond to Defendants' renewed Motion to Dismiss (Doc. No. 34), it is hereby ORDERED that Plaintiff shall have up until May 8, 2022 to respond to Defendants' Motion.

**IT IS SO ORDERED.**

DATED: April 25, 2022         /s/ John A. Mendez
                              THE HONORABLE JOHN A. MENDEZ
                              UNITED STATES DISTRICT COURT JUDGE