UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEN HALL, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SMOSH DOT COM, INC. d/b/a SMOSH and MYTHICAL ENTERTAINMENT, LLC<br><br>Defendants. | Case No.: 2:21-cv-01997-JAM-AC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY**<br><br>U.S. District Judge John A. Mendez |

AND NOW, upon review and consideration of Plaintiff's Motion for Leave to File Surreply in response to Defendants Smosh Dot Com, Inc. d/b/a Smosh and Mythical Entertainment, LLC's Reply Brief in support of their Motion to Dismiss (Doc. No. 38), and any response thereto, it is hereby ORDERED that Plaintiff's Motion is GRANTED.

Plaintiff shall be permitted to file the Surreply attached to her Motion in further opposition to Defendants' Motion to Dismiss.

**IT IS SO ORDERED.**

DATED: June 3, 2022          /s/ John A. Mendez
                              THE HONORABLE JOHN A. MENDEZ
                              UNITED STATES DISTRICT COURT JUDGE